RAYMONDE C. GELINAS *v.* BRAXTON T. NELSON

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Jacob D. Zeldes,* in support of the petition.

*Edward F. Reynolds, Jr.,* assistant attorney general, in opposition.

Submitted May 15—decided May 24, 1972

JERRY TUCCIO *v.* WILLIAM J. ZEHRUNG, DIRECTOR OF HEALTH, TOWN OF NEW MILFORD

This court, having considered the plaintiff's "Motion To Compel Certification Of Appeal," hereby authorizes and directs the clerk of the Superior Court for Litchfield County to accept and process the plaintiff's appeal.

*Bruce L. Lev,* in support of the motion.

Submitted May 18—decided May 24, 1972

JERRY TUCCIO *v.* CHARLES W. TREAT, BUILDING INSPECTOR, TOWN OF NEW MILFORD

This court, having considered the plaintiff's "Motion To Compel Certification Of Appeal," hereby authorizes and directs the clerk of the Superior Court for Litchfield County to accept and process the plaintiff's appeal.

*Bruce L. Lev,* in support of the motion.